FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Lewis  2200002170
(Last Name)  (Identification Number)

Amare  Jerome
(First Name)  (Middle Name)

Raymond Detention Center
(Institution)

1450 County Farm Rd. Raymond MS. 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 27 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

V.  CIVIL ACTION NUMBER 3:24-cv-838-CWR-LGI
(to be completed by the Court)

_____

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)   No ( )

B. Are you presently incarcerated?
Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Amare Jerome Lewis   Prisoner Number: 2200007170

Address: 1450 county farm Rd, Raymond, MS 39154

___

___

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Tyreiz Jones ~~[struck through]~~ is employed as Hinds County Sheriff at Jackson MS./Raymond Detention Center.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Amare Lewis

ADDRESS: 1450 county farm rd,

___

DEFENDANT(S):

NAME: Tyree Jones

ADDRESS: 1450 county farm rd,

___

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

CASE NUMBER 2.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I'll have 2 look the exact date of incident up. but I can't in jail.

On or around the date of ~~September 23~~ November 5th I was stabbed by multiple inmates and hospitilized, the incident was placed on the news the following day. There was literally no guards in place for protection in the control pod during or before this incident. → continues on page 1A, attached to this document. Incident happered on October 11, 2024

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

The petitioner here in request 500.000 five hundred dollars for the injuries, and anxieties fear, suffering and pains. For the neglect of duties by the incompetent detention officer whom you might only see once a month.

Signed this _____ day of December 09, 20 24.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

I feel as though one of my amendments where absolutely broken, because of the simple fact there was no guards to be found until 20 minutes after me getting stabbed. The sergeant dotson also in the past month since I've been trying to get this information to the proper court room has told me that I have to be stabbed up and nearly dead on each zone in raymond detention center before I'll be able to be placed in another environment. I was placed on C4 lockdown the week I was released from the hospital with no mat nor cover, I had stitches in my knee and back, also in my arm I had a total of 13 stab wounds and had to be hospitalized for 4 total days to come back to raymond detention center and be placed back in uncomfortable/unfair living conditions. I've asked to be placed in tallahatchie correctional facility but they fail to allow me to go back, I requested it for my safety of fearing for my life in raymond detention center.