**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**AMARE JEROME LEWIS**                                                   **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:24-cv-00838-CWR-LGI**

**TYREE JONES**                                                          **DEFENDANT**

### MOTION TO DISMISS

Defendant Sheriff Tyree Jones ("Sheriff Jones") moves to dismiss Plaintiff Amare Jerome Lewis' claims against him with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 12(b)(6) authorizes a party to move for dismissal if the Plaintiff "fail[s] to state a claim upon which relief can be granted." For this reason and those asserted in the memorandum brief filed contemporaneously herewith, Defendant Sheriff Tyree Jones requests this Court dismiss this action with prejudice.

This is the 21st day of July, 2025.

Respectfully submitted,

**SHERIFF TYREE JONES, DEFENDANT**

By:      /s/ *Charles W. Kihm*
         CHARLES W. KIHM (MSB #106826)

**OF COUNSEL:**
Charles E. Cowan (MB #104478)
Charles W. Kihm (MB #106826)
WISE CARTER CHILD & CARAWAY, PA
401 E. Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205
Telephone: (601) 968-551
Facsimile: (601) 968-5519
cec@wisecarter.com
cwk@wisecarter.com

## **CERTIFICATE OF SERVICE**

I, Charles W. Kihm, hereby certify that I have notified the following non-ECF participant of this filing via other means:

**Amare Jerome Lewis**
#2200002170
Raymond Detention Center
1450 County Farm Road
Raymond, MS 39154

This the 21st day of July, 2025.

/s/ *Charles W. Kihm*
CHARLES W. KIHM