IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMARE JEROME LEWIS                                                                                           PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:24-cv-838-CWR-LGI

TYREE JONES                                                                                                 DEFENDANT

ORDER SETTING OMNIBUS HEARING

This cause is before the Court sua sponte for purposes of case management. The undersigned finds that a hearing should be held in order to ensure that this case proceeds expeditiously. At this hearing, the Court will seek: (1) to determine if dismissal under 28 U.S.C. § 1915(e)(2) or § 1915A is appropriate; (2) to define the issues to be litigated; (3) to assure appropriate discovery and to define the limitations of discovery; (4) to ascertain the potential witnesses or exhibits and to provide appropriate assistance to the pro se litigant in obtaining evidence for trial; (5) to entertain any motions of the parties; and, (6) to schedule further proceedings and a trial on the merits of the case for a date certain, if appropriate.

This hearing shall operate as a Spears hearing, *see Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), as well as a scheduling, discovery, status, and pre-trial conference under Fed. R. Civ. P. 16.

IT IS, THEREFORE, ORDERED:

1.      The Plaintiff and Defendant will appear for an omnibus hearing before the undersigned United States Magistrate Judge, on **Wednesday October 15, 2025, at 9:30 AM** in Courtroom 6D of the Thad Cochran United States Courthouse, 501 E. Court Street, Jackson, Mississippi 39201.

2.      The parties shall be prepared to discuss the discovery necessary to prepare for

trial. Discovery remains stayed at this time and no requests for discovery will be served by the parties prior to the omnibus hearing.

    3.    The parties will complete the attached witness list of potential witnesses they propose to call at trial, providing appropriate addresses for each, including the MDOC number or other inmate number, unit number and institution where those proposed witnesses who are incarcerated are housed. The parties will provide a brief summary of what each proposed witness would testify to at trial. The parties will bring the completed witness lists to the omnibus hearing.

    4.    THE PARTIES ARE WARNED THAT FAILURE TO PROVIDE THE ABOVE INFORMATION FOR EACH PROPOSED WITNESS OR FAILURE TO BRING THIS INFORMATION TO THE OMNIBUS HEARING WILL OPERATE AS A WAIVER OF THE RIGHT TO CALL THAT PERSON TO TESTIFY AT TRIAL.

    5.    The parties will complete the attached exhibit list by listing each document and/or object they propose to introduce as evidence at trial providing a brief description of each proposed exhibit and a short statement of the purpose for which the exhibit list will be introduced. The parties will bring the completed exhibit list to the omnibus hearing.

    6.    THE PARTIES ARE WARNED THAT FAILURE TO PROVIDE THE ABOVE INFORMATION FOR EACH PROPOSED EXHIBIT OR FAILURE TO BRING THIS INFORMATION TO THE OMNIBUS HEARING WILL OPERATE AS A WAIVER OF THE RIGHT TO HAVE THAT EXHIBIT INTRODUCED AS EVIDENCE AT TRIAL.

    7.    Defendant shall bring copies to the hearing for the Court and the Plaintiff of all official documents regarding the Plaintiff's incarceration that are relevant to the issues presented

in the Complaint. This shall include mail logs, incident reports, disciplinary reports, and any other documentation relevant to the issues presented in Plaintiff's Complaint.

       8.       The parties shall be prepared to make a full statement of each and every claim or defense and how they propose to prove those claims or defenses. The Court will consider outstanding motions at this hearing. Any motion not brought before the Court at this omnibus hearing will be deemed abandoned and waived.

       9.       Motions to amend shall be filed no later than **October 1, 2025.**

       10.       Motions for Summary Judgment based on failure to exhaust administrative remedies shall be filed no later than **October 8, 2025.** A non-exhaustion related dispositive motion deadline will be set at a later date by the Court.

       11.       Cases not otherwise disposed of will be set for trial at a time to be announced by the Court.

       SO ORDERED, this the 1st day of August, 2025.

                                                s/ *LaKeysha Greer Isaac*
                                        UNITED STATES MAGISTRATE JUDGE

**EXHIBIT LIST**

PLEASE LIST ALL OF THE EXHIBITS YOU WILL USE IN THE TRIAL OF YOUR CASE (papers, medical records, pictures, statements of witnesses, etc.).  FOR EACH EXHIBIT LISTED, WRITE ON THIS SHEET:

      1.  A brief description of the exhibit;
      2.  A short statement of the purpose for which the exhibit will be introduced.

1.

2.

3.

4.

5.

6.

7.

_____
Signature of Plaintiff

_____
Date

**WITNESS LIST**

PLEASE LIST ALL PERSONS YOU WISH TO CALL AS A WITNESS IN THIS TRIAL OF YOUR CASE.  FOR EACH PERSON LISTED, WRITE ON THIS SHEET:

1. Name;
2. MDOC number, if applicable;
3. Location or address;
4. Statement of their proposed testimony.

1.

2.

3.

4.

5.

6.

7.

_____
Signature of Plaintiff

_____
Date