**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**AMARE JEROME LEWIS**                                                   **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:24-cv-00838-CWR-LGI**

**TYREE JONES**                                                            **DEFENDANT**

## DECLARATION OF LIEUTENANT JIMIKA SCOTT

I, Lieutenant Jimika Scott, make the following declaration based on personal knowledge:

1.      I, Jimika Scott, am of the age of majority and competent to testify about the matters stated herein and make this declaration having full personal knowledge of the facts contained herein.

2.      I am currently employed by Hinds County as Lieutenant for the Hinds County Sheriff's Department. As Lieutenant, I am familiar with the policies, practices, and procedures in force during Amare Jerome Lewis' incarceration with Hinds County at the Hinds County Detention Center ("HCDC") and at all times relevant to his incarceration with the County.

3.      At the time of Amare Jerome Lewis' incarceration with Hinds County, an administrative remedies program was in place, which required inmates to submit inmate grievance forms outlining their complaints. Attached hereto as Exhibit "A" is a copy of the inmate handbook containing the grievance policy in place during Amare Jerome Lewis' incarceration which outlines the procedures for the administrative remedy program at Hinds County Detention Center ("HCDC"). Inmates are made aware of this program and execute an acknowledgment that they have been made aware of the same.

4.      There are no grievances in Amare Jerome Lewis' inmate file related to the claims of the Complaint in this matter.

1

**EXHIBIT A**

5.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  28 U.S.C. § 1746.

10/29/2025
Date

Lieutenant Jimika Scott

# Hinds County

# Inmate
# Handbook



## HINDS COUNTY
## DETENTION DIVISON SERVICES

### Victor P. Mason, Sheriff

Revised 04/25/17

## MISSION STATEMENT POLICY

All members of the Hinds County Detention Division Services will have a full and clear understanding of the mission and goals of the division. All detention division members should be aware of their role in the mission of the Detention Division.

### DEFINITIONS:

Mission statement: A clear and concise statement of the purpose and goals of the organization.

### MISSION STATEMENT:

The purpose of the Hinds County Sheriff's Department

Detention Division Services is to provide, in a cost effective manner, the highest degree of security for the citizens of the State of Mississippi, County of Hinds, and safety for both the inmates and staff. The philosophy of the facility is predicated upon three assumptions:

1. Incarceration is, in and of itself, punishment.
2. All inmates shall be held accountable for their actions.
3. Inmates shall not leave the facility any worse physically, emotionally, or psychologically than when they entered.

At the Hinds County Detention Division Services Facilities, a positive atmosphere shall be created for both the inmates and staff through the provision of:

1. A safe and secure environment.
2. Trained correctional personnel.
3. A variety programs which provide inmates an opportunity to prepare themselves for eventual reintegration into their Communities.
4. Positive incentives for through a classification system based on behavior.

The staff and management of the Hinds County Sheriff's Department Detention Division Services, are committed to the preservation of the basic human rights and dignity of the inmate population as prescribed by the Constitution of the United States and the Administrative Code of the State of Mississippi.

1

# INTRODUCTION

This handbook is designed to provide you with important information regarding your stay in this facility. *READ IT CAREFULLY!*

While you are in jail you will not be treated differently because of your race religion, national origin, sex, disability, or political belief. You will be guaranteed equal access based on your classification, to participate in available programs.

The Hinds County Detention Division Services Facilities uses the Direct Supervision Concept of inmate management. This means there is a Detention Officer monitoring the hallways of each housing area that you and the other inmates are housed in to supervise your activities. While you are here, it is your responsibility to:

-obey the rules

-have good behavior at all times

-treat staff and other inmates fairly and with respect

It is the responsibility of the staff to treat you in the same way.
It is your responsibility to notify your family and friends of these rules.
If you have any questions, please ask the Detention Officer assigned on your housing area to explain.

## NO HOSTAGE

The Hinds County Detention Division Services Facilities, are "NO HOSTAGE" Facilities.

## You will not be allowed to escape even if you take hostages.

Every attempt will be made to resolve hostage situations without injury or a loss of life; however, force will be used, when necessary, to rescue the hostages and apprehend the abductor(s).

2

# Table of Contents

**General Information**
1. Telephone Calls
2. Bonding Procedure
3. Going to Court

**Health Information**
1. Medical/Dental
2. Hepatitis
3. AIDS
4. Mental Health Services

**Money**
1. Inmate Accounts
2. Commissary

**Detention Rules**
1. Behavior Standards
2. Cleanliness
3. Meals
4. P.R.E.A.
5. Personal Property
6. Laundry
7. Recreation Yard
8. County
9. Visiting Rules
10. Mail
11. Legal Resources
12. Work Detail
13. Grievances
14. Escape and Contraband
15. Evacuation
16. Programs

**General Housing area Rules/Regulations**
1. General Rules
2. Daily Procedures

**Disciplinary/Punishment Procedure**
1. Category I
2. Category II
3. Category III

3

# GENERAL INFORMATION

## TELEPHONE CALLS

Each inmate will be given an opportunity to make a reasonable number of telephone calls to assist with release at the time he/she is booked in. Once placed in a housing area, telephones are available for your use when not on lockdown. Phone calls are collect only. All phone calls must be limited to 10 minutes to allow everyone access. No Loitering around the Telephone. No sitting while using the phone.

### Bonding Procedure

Bond release procedures for *the Hinds County Detention Division Services* Facilities are as follows:

1. Through a professional Bonds Person.
2. Cash Bond or Appearance Bond posted through the Circuit Court Clerk's Office.
3. Property Bond approved through the County Attorney, or Sheriff's designee.
4. Released on Own Recognizance (ROR). *Bond approved by authority of a Judge.*

## GOING TO COURT

If this is your first time arrested on this charge your first court appearance (Initial Appearance) usually be *within 48 hours after your arrest.*

When notified in advance you must be dressed and ready for court at least one hour before your scheduled appearance time. It is equally important that you display good behavior while being taken to court and during your court appearance. The court staff and the Escort Detention Officer will report any misbehavior which may result in disciplinary action and loss of privileges.

*4*

## HEALTH INFORMATION

### MEDICAL/DENTAL

As an inmate, you are eligible for medical and/or dental services as needed to maintain your health (optional/corrective services are not available). There is a ten ($10) dollar fee for each physician dentist and mental health visit. You will not be denied medical services because. Of your inability to pay. However, if money is deposited in your Commissary Account while you are incarcerated, your outstanding medical bill will be deducted first. A juvenile inmate *WILL NOT* be charged a $10 fee.

It is your responsibility to request medical or dental services. If you have an emergency or are in severe pain, tell a Staff Member immediately so you can be treated. If you're medical problem is not an emergency, fill out a request for Medical Services and the Medical Staff will see you at their earliest convenience.

Health Appraisals will normally be performed by the medical personnel within 14 days of incarceration. You are not allowed to have medication in your possession, without written permission from the Nurse therefore, you will receive prescription medication at regular "Med Rounds' Inmates shall not be forced to take any medication. However, any inmate who may become violent or experience medical difficulties without medication will be isolated and monitored until instructed otherwise by the Medical Staff.

HEPATITIS: Many diseases are easily spread in a jail setting, including hepatitis. Hepatitis is a disease that affects the liver. Hepatitis is spread through contact with blood and other body fluids. To prevent yourself from getting hepatitis, do not share needles for drugs or tattooing nor share body fluids.

5

AIDS: AIDS is a major concern in jail. AIDS is caused by a virus, and is a contagious disease. AIDS can be spread through direct contact with blood or other body fluids of an infected person. The disease is not spread by casual contact, through food, by contact with toilet seats, or by touching.

AIDS is spread in the following ways:

1. Sexual contact penis vagina, penis rectum, mouth rectum, mouth-vagina and mouth penis
2. Blood contact (shared needles, tattoo instruments, etc.)
3. From a pregnant woman to her unborn child.

The best way to prevent the spread of AIDS is to:

1. AVOID ALL SEXUAL CONTACT
2. AVOID ALL DRUG USE
3. AVOID ALL TATTOOING

## Mental Health Services

If you are feeling anxious, depressed, or you feel like banning yourself, ask to see the Mental Health Staff. The Medical Staff is always available for emergencies. You must ask your Detention Officer for non-emergency care, fill out a "Request for Medical Services" form and give it to the nurse when medication call is being done.

6

### Money

Any money acquired at the time of arrest, or mailed to you will be deposited in an account for Commissary purchases. Any remaining funds on the account at the time of release or transfer will be placed on a release pay master debit card.

### Inmate Accounts

DO NOT have cash or personal checks mailed or brought to the facility. No personal checks will be accepted. Money cannot be transferred to another inmate's account. Family or friends may make deposits to your account by going to the Raymond Detention Center and placing an order at the kiosk.

### Commissary

The commissary is a convenience store operated by a private company, making retail sales to inmates in the housing area blocks. The commissary is operated to meet the needs of the inmates.

If you have money in your account you may order items from the commissary (i.e., snacks, postage, writing materials, personal hygiene items, etc.), once a week. You may purchase up to $75.00 each delivery day provided you have funds and are not restricted due to disciplinary action. Those inmates on restriction are only allowed to order from the lockdown commissary list. If an order was placed prior to lockdown, upon delivery, the inmate will only be allowed hygiene items. The remainder of the commissary will be returned and the inmate's account credited.

Although the limit is $75.00, only $25.00 can be used for food *(25 Ramen Noodles packs)*/etc. The balance can be used for nonperishable items.

7

## Commissary Schedule

*Raymond Detention Center (Wednesday)*
*County Farm Work Center (Wednesday)*
*Hinds County Jackson Detention Center (Friday)*

## RULES FOR ORDERING FROM THE COMMISSARY

1. Commissary Order Forms will be distributed by the Commissary Officer to the inmates.

2. Order will be completed by the inmate on the wall phone in their housing area before nine o'clock lock down on Sunday.

3. Order must be completed with the ID number from the inmate ID band. The Inmate's Name, and Quantity of Items are entered from the number pad on the wall phone. Orders will not be filled if the PIN # is invalid.

## RULES FOR COMMISSARY DELIVERY

1. On delivery date, the Control booth operator will announce get fully dressed for commissary delivery. NO DELIVERIES WILL BE MADE UNTIL ENTIRE HOUSING AREA COMPLIES.

2. Inmates will be released one at a time to pick up their order.

3. Inmates *MUST* have armbands on before receiving commissary.

4. HCDDS Supervisor/Detention Officer will remove the order from bag and compare the contents and order form with the inmate.

5. The inmate will sign a receipt verifying that he/she has received the order.

6. Any discrepancies must be noted on the receipt by the HCDDS Supervisor conducting Commissary at the time of verification.

8

7. Inmate will receive a copy of the receipt, commissary items, and return to his housing area

8. Discrepancies will be resolved by the Commissary Personnel upon their return to the Commissary.

9. If an inmate forgets to order or misses the order date he/she must wait until the next date for ordering. There will be no back orders, additions or exchanges.

## DETENTION RULES

### Classification and Housing

You're first Housing area assignment after booking will be a Classification Unit, you will be evaluated and orientated before you receive permanent housing. Your behavior will be closely monitored. A Classification Detention Officer will determine your status and initial housing assignment.

### Inmate Request Forms

Inmate Request Forms are used to ask for all types of information. Some of the uses of an Inmate Request Form are:

*Request contact with specific outside departments that are listed on the form.

*Make Requests, such as re-classification, housing assignment changes, and program interests.

Simply complete the Inmate Request Form and give it to the Detention Officer It will then be forwarded to the proper person. *(Please See Example In The Back of This Handbook)*

### Behavior Standards

The staff at the Hinds County Detention Division Services Facilities expect that you will be responsible, display good behavior and comply with staff directions at all times. *IF YOU FOLLOW THE RULES AND DISPLAY GOOD RESPONSIBLE BEHAVIOR.   YOU WILL BE PERIODICALLY REWARDED WITH PRIVILEGES.* If you choose not to obey the rules, you will be disciplined and housed in an area where you will get few, if any privileges.

9

While you are in jail, it is important that you act in a way which promotes the safe, orderly, and efficient operation of the facility. You are required to be courteous and fair, to follow the rules, to keep yourself and your sleeping area clean, and to use common sense. Violations of acceptable behavior will result in disciplinary action and loss of privileges.

Gang Activities: All inmates shall refrain from any and all gang activities. It is against Hinds County Detention Division Services Facilities policy for inmates to have gang paraphernalia. Any inmate found to possess gang paraphernalia or observed using gang signs or signals will receive disciplinary action.

## CLEANLINESS

### Personal Appearance

How you care for yourself is very important to your health, as well as the health of others. *It is recommended that each inmate shower daily.* The showers are available to you at any time you are not on lockdown. When an inmate refuses to shower a shower will be given under the supervision of a Detention Officer. You are required to keep yourself neat and clean in appearance and maintain acceptable standards of hygiene, (i.e., brush your teeth, shower, etc.)

When you are out of your housing area for any reason, except going to and from the shower you must be fully dressed in facility issued clothes and shoes. You must wear a towel and shower shoes going to and from the shower.

### Housing Area

At the Hinds County Detention Division Services Facilities, it is your responsibility to keep your housing area clean and orderly at all times. Your bed must be made before leaving your housing area for breakfast and must remain made unless you are sleeping in it. Your housing area must be cleaned each morning before you leave it. You must keep the floor of your housing area clean and free of all materials. Nothing will be stored on the floor, except for your shoes, neatly rolled soiled laundry or authorized storage containers.

10

You may only keep items in your housing area that can be stored on your desk. The Detention Officer will show you the proper place to store your personal items. Your walls, bunks, windows, and vents must be kept free of all materials: photographs, pinups, art work, tape, etc.

## PREA

All inmates housed at the Hinds County Detention Division Services Facilities are protected by the *Prison Rape Elimination Act (PREA)*. You are expected to report any sexual misconduct (i.e. sexual harassment, staff on inmate, inmate on staff, same or opposite sex). Report any claim to the *PREA TIP HOTLINE: #999 or the P.R.E.A. Officer.*

## MEALS

Meals are planned to meet dietary standards and to provide adequate nutrition and variety. Special diets are available for medical and religious reasons. If you require a "religious" diet, send an Inmate Request Form specifying the type of diet, your religion, and place of worship to the Program Detention Officer. Your request will be verified with your place of worship before you will receive your religious diet. Medical diets can only be authorized by the Medical Staff. The facility serves three meals per day. Meals will be delivered to your housing area in hot food carts. To assure orderly distribution of meals the Detention Officer's instructions must be followed.

## DAILY ACTIVITY SCHEDULE

| | | |
|---|---|---|
| Wake-up (Lights On) | 05:30 AM | |
| Breakfast | 05:45 AM | 07:00 AM |
| Lunch | 11:00 AM | 12:15 PM |
| Dinner | 04:00 PM | 05:15 PM |
| Lights-out | 10:00 PM | |

(All times are approximate and subject to change.)

11

## Packages

Visitors are not permitted to bring any packages in for an inmate. *All clothing will be issued by HCDS*. This includes t-shirts, underwear, socks, and shoes. No food items for inmates will be accepted from outside the jail. Inmates are served three meals a day and can purchase snacks and other items through the inmate commissary. You may have prescription eye wear and unopened contact lens solution brought in for medicals approval. Other items must be purchased through the Commissary and are not accepted from an outside party.

## Personal Property

Personal property and personal clothing will be stored by the Hinds County Detention Division Services Facilities until you are released or you may release all of the personal property to someone of your choice. Personal property allowed in the housing area blocks is limited to legal papers pertaining to present case, issued clothing, and items purchased from the commissary. Anything else is contraband. Clothing, other than for court, is not exchanged; unless, there is a definite reason, such as torn, bloody, or extremely soiled clothing, it may be approved one time only on an item-for-item basis. All clothing and personal items left after the release of an inmate will be held a maximum of 14 days. *After this time HCDS are no longer responsible for any property.*

## Laundry

All laundry will be picked up according to a schedule. A copy of the laundry schedule will be posted in each housing area.

## Recreation Area

You may have access to the recreation area as scheduled for each unit. All recreational equipment must be turned into the Detention Officer at the end of each shift. The recreation area must be left clean after every use. *The recreation area will be closed due to inclement weather*. Inmates are to be checked once entering the housing area where he/she is being housed.

12

### Counts

Several times each day your Detention Officer will conduct scheduled and unscheduled head counts. You must cooperate with counts. When count is called you will immediately return to your assigned housing area, No questions asked. Inmates will remain in their housing area until the Detention Officer announces that the count is over.

### Visitation

Visitation is a privilege that may be prohibited if rules are not followed. We reserve the right to deny any visitor who has demonstrated inappropriate behavior. You must advise your visitors of all rules.

### Visiting Rules

1.  All visitors must wear shoes. No bare midriff, low cut tops, tank tops, shorts, miniskirts, see-through clothing, sports team attire, or gang colors will be permitted.
2.  All visitors must have a valid photo I.D., a driver's license, or state I. D. care, City of Jackson I.D., Military I.D. or passports are acceptable forms of identification.
3.  Special visit may be approved for out-of-town visitors with the appropriate I.D (i.e., over 50 miles from facility)
4.  Children 12 and older will be counted as one of the two visitors allowed.
5.  Children must stay with an adult and be kept under control.
6.  No smoking is allowed, Visitors caught smoking will be removed from the building and restricted from future visitation.
7.  Any person under the influence of alcohol or drugs will not be allowed to visit and may be arrested.
8.  No purses, bags, diaper bags, brief cases or strollers may be brought in by visitors.
9.  Visitation must be scheduled seven days in advance between the hours of 8:00 a.m. and 5:00 p.m. (601) 857-4800 OR (601) 974-2921

It is your responsibility to notify your family and friends of these rules.

13

## Legal Resource

All legal material is accessed through West Law. A request for legal information must be completed and given to the designated Detention Officer to be processed.

## Mail

Outgoing mail: You are allowed to send as much legal mail as you wish. Posted envelopes will be available in the facility commissary for all other mail. Outgoing mail must be handed to the 3rd shift Detention Officer open and unsealed. Unless there is a good cause to believe that your mail contains a threat to security, it will not be read. Mail to your attorney, the media, the courts, or the Sheriff is strictly confidential and will not be read. You must include the following return address on the top left corner of the envelope:

Inmate Name_____ PIN # _____
Housing Area _____ Housing area-# _____

Jackson Hinds County Detention Center
407 East Pascagoula Street
Jackson, Mississippi 39201

Raymond Detention Center
1450 County Farm Road
Raymond, MS. 30154

County Farm Work Center
1447 County Farm Road
Raymond, MS 39154

14

## Incoming Mail/Outgoing Mail

All incoming/outgoing mail will be opened and checked for contraband, however your mail will not be read unless there is a good cause to believe that the contents contain information relating to escape plans, criminal activities (in and out of jail), violation of facility rules, coded language, or "any item not issued by the facility, purchased from the Commissary or Legal Tender." All incoming mail must contain a complete return name and address. Legal mail, that is mail from your attorney or the courts, may only be opened in your presence. You will be asked to sign a receipt indicating that the mail was opened in your presence. All Packages will be returned to the sender unopened. *NO MAIL BETWEEN INMATES WILL BE HANDLED. IT IS NOT ALLOWED.* No mail that contains gang related messages or symbols will be allowed. Any items received in the mail that do not meet these requirements will be returned to the sender.

The list below explains what may or may not be received in the mail:

| Receive | Not Receive |
|---|---|
| Letters | Polaroids (No Photo copies) |
| Cards | Obscene or Suggestive Photos |
| 3 Photographs | Nude or Partially Nude Photos |
| | Packages |
| | Envelopes or Postage Stamps |

Inmate Name _____    PIN# _____
Housing Area _____    Housing area # _____

Jackson Hinds County Detention Center
407 East Pascagoula Street
Jackson, Mississippi 39201

Raymond Detention Center
1450 County Farm Road
Raymond, MS. 30154

County Farm Work Center
1447 County Farm Road
Raymond, MS 39154

15

## Grievances

The inmate grievance procedure may be used to address violations of inmate rights. If you feel that you have a serious complaint regarding your treatment or other conditions, first speak with the Detention Officer. If that doesn't provide satisfactory results, ask to speak with the Shift Sergeant. If that doesn't provide satisfactory results, ask to speak with the Shift Lieutenant. The Shift Lieutenant should be able to satisfactorily handle your grievance. If still not satisfied and your grievance is legitimate, you may file a formal grievance with the Warden/Facility Commander. The formal grievance must be filed with the Detention Officer within three (3) days of the incident that caused you to file the grievance. If your grievance is a health or safety emergency, the Detention Officer will immediately forward your grievance action.

## Filing the Grievance

1. The inmate must request an Inmate Grievance Form by asking a Detention Officer for a grievance. The Detention Officer will ensure that the inmate receives the form.
2. The inmate must complete the top portion of the form providing the information required. *(Please See Example In This Back of Handbook)*
3. The inmate must complete the bottom portion of the form and provide the following details:
    a. Date of incident
    b. Names of all parties involved
    c. A complete and accurate account of what happened
    d. What action is being requested to resolve the grievance
4. Inmate grievances will be given to the Grievance Detention Officer on duty or the grievance Detention Officer. The grievance must be placed in the grievance letter box at 0800 hours. The grievances will be read by the grievance Detention Officer and delivered to the Warden/Facility Commander.
5. The Warden/Facility Commander will enter the required information on the lower portion of the form and provide the inmate with a copy of the completed form. If the inmate does not receive a copy of the completed form within two (2) days (excluding weekends and holidays) he/she should request to see the Warden/Facility Commander to determine the status of the grievance.

16

HINDS COUNTY SHERIFF'S OFFICE
VICTOR MASON, SHERIFF

GRIEVANCE FORM

Inmate's Name: Josephine Doe          PIN#: 77-009111

Housing Location: 413-9              Date: 6-10-2017
Complaint:

Officer Majestic will not let me use the phone. Help.

Inmate Signature: Josephine Doe

Received Date: _____ Response Date: _____

Grievance Officer_____

## Processing the Grievance Form

1. The Warden/Facility Commander will review the grievance to determine its merits and formulate any remedy deemed appropriate
2. The inmate will receive a Grievance Response from the Warden/Facility Commander within three (3) days (excluding weekends and holidays) stating what, if any action(s) will be taken regarding the matter.

## Appeal Procedure

If the Inmate is dissatisfied with the decision of the Warden/Facility Commander, the decision may be appealed to an Appeal Hearing Detention Officer:

1. The appeal must be submitting in writing to the Warden/Facility Commander within three (3) days of receipt of the Warden/Facility Commander's initial decision.
2. The appeal must include the basis for the appeal.
3. The inmate will be allowed to present his/her grievance to the Appeal Hearing Detention Officer.
4. The Warden/Facility Commander will then present his/her findings and the basis for the initial decision made on the inmate grievance.
5. A Copy of the decision will be placed in the inmate's file.

Should the inmate disagree with the decision of the Appeal Hearing Detention Officer he/she may submit a final appeal directly to the Sheriff. The appeal must be submitted in writing to the Sheriff within three (3) days of receipt of the Appeal Hearing Detention Officer's decision:

- The appeal to the Sheriff will be considered an "appeal on the record." The inmate will not have a right to submit additional material/matters not addressed in the initial appeal hearing nor will be/she be allowed to present oral testimony unless approved by the Sheriff.
- The decision by the Sheriff is final.
- The Sheriff may elect to issue an oral decision. A statement outlining the Sheriff's decision will be placed in the inmates file.

17

### Work Detail/Outside Housing Unit

Inmate labor is a vital part of the daily operation of the Hinds County Detention Division Services Facilities. *There is a need for laundry, floor, and housekeeping outside the housing unit, and projects in the community.* Inmate workers are carefully selected by the Classification Staff. If an inmate is interested in a work detail, he/she can submit an Inmate Request Form.

### Escape and Contraband

Any inmate who escapes, attempts to escape, or aids or attempts to aid any other inmate in escaping will be prosecuted according to the laws of the State of Mississippi. Any person responsible for bringing, assisting or attempting to bring any weapon, saw, narcotic substance, or other contraband (any item not sold or authorized by the Hinds County Detention Division Services Facilities) into the Detention Center will be prosecuted according to the laws of the State of Mississippi.

### Evacuation

In the event there is an extreme emergency such as a fire or other disaster, inmates will follow the instructions of the Detention Officer in charge at that time. Plans have been published to cover all emergencies. *You must follow the instructions of the Detention Officer for everyone's safety*

18

## Educational Programs

Basic Education and GED preparation is available for those inmates with a desire to continue their studies. A Programs Request Form must be completed and submitted to the Programs Detention Officer. Once a preliminary evaluation is done, approved inmate names will be added to the educational list. Any inmate who violates a detention rule or poses a security threat may be restricted from attending all programs offered. *All juvenile inmates will be required to attend the GED program.*

## Religious Services

The Hinds County Detention Division Services offers Religious Services for those who wish to attend. ·The services are non-denominational and will in no way attempt to convert you to a particular denomination. These people leading these services are volunteers from the community and are not employed by Hinds County. These services are held at the posted times of the week.

## General Housing Rules and Regulations

You are expected to follow all Hinds County Detention Division Services Facilities Rules and Regulations. Failure to do so will result in disciplinary action. If you have any questions regarding rules and regulations ASK the Detention Officer.

1. ALL INMATES MUST ADDRESS STAFF BY CALLING (STAFF) BY HIS/HER RANK AND LAST NAME OR BY RANK IF HIS/HER LAST NAME IS UNKNOWN. AT NO TIME WILL AN INMATE ADDRESS STAFF BY CALLING THEM MAN, WOMAN, BROAD, BABY, DUDE OR FIRST NAME.
2. All questions and comments are to be addressed to the Detention Officer. Inmates will not be permitted to approach or speak with any other staff member without the permission of the Detention Officer. You may submit a request to speak-with a supervisor. You should· allow seven (7) days for reply to your·written request. If you have an EMERGENCY notify the Detention Officer immediately.
3. Inmates are not permitted to tattoo themselves or other inmates. Any act of tattooing will be considered an act of self-mutilation. *Tattooing Constitute behavior with a HIGH risk of HIV infection.*
4. Do not cross the *yellow/white* line located in front of the entrance without permission.

**INMATE PROGRAM REQUEST**
**Hinds County Sheriff's Office**
**Victor Mason, Sheriff**

Date: __June 10, 2017__

Inmate's Name: __John Doe__        PIN __X00000000__

Cellblock: _____413_____  Cell # __413-3____

**CHECK ONLY ONE:**

____Classification/ Reclassification           ___: GED/ Education Information

____Work Detail (Laundry, Kitchen, Housekeeping)    ____ Mobile Library

____Substance Abuse Counseling                ____ Food Program

____Religious Programs                        ____ Law Library

_X_ other/specify) My Call

EXPLAIN YOUR REQUEST OR PROBLEM IN DETAIL:

My cell got a lot of bugs in it that keep coming out at night when the lights go off can I please be moved to another cell.

Response Date: _____

INMATE SIGNATURE: _John Doe_____

OFFICER RECEIVING REQUEST: _____

5. ___DO NOT TOUCH THE DETENTION OFFICER.___

6. When asked to go to your assigned housing area, you will do so immediately no questions asked.

7. No inmate will be allowed to enter another inmate's assigned housing area

8. Do NOT talk to other inmates through closed housing area doors, or pass notes of any kind.

9. Keep your I.D. bracelet on at all times. You will not be afforded any privileges without your I.D. bracelet. Destruction of I.D. bracelet will constitute a charge of $10.00 to the inmate's commissary account, or payment at time of release.

10. ___Inmates will be fully dressed in their issued uniform (jumpsuit) when not in their assigned housing area. They will also be fully dressed during any "count." At all times, uniforms will be worn buttoned and with their trouser legs rolled down.___

11. NO tobacco products are allowed. This is a nonsmoking/tobacco free facility. Any inmate found with any tobacco products will be disciplined for contraband.

12. There will be NO loitering near telephones by ANY inmate.

13. When the Detention Officer is relieved for breaks, inmates will not approach the relief Detention Officer with any routine requests. The relief Detention Officer will handle emergencies only. Other requests/questions will be addressed to the Detention Officer when he/she returns.

14. No inmate mattress on the floor at any time.

20

15. Inmate Request, Medical, and grievance Forms will not be used for scratch paper. When you need a form, only one blank form will be taken and completed. The form will be given to the Detention Officer. You will wait seven (7) days for a response to a request before submitting a second request on the subject.

16. Razors will be signed in and out on Sunday. It is not required that razors be issued on a weekly basis.

17. Under no circumstances will uniform, sheets, walls or furniture be damaged or defaced in any manner. If you are found with damaged articles in your possession you will be disciplined. Criminal action may be taken against you and you will be required to pay for the damaged item.

18. No items will be attached to walls, furniture or windows in any manner.

19. Inmate housing areas are inspected routinely. Each inmate is responsible for cleaning his/her own housing area.

20. Beds will be made neatly with blanket and sheets tucked under the mattress when the bed is not in use.

21. All inmate shoes will be placed on the floor underneath the bed.

22. No food other than commissary items will be permitted inside the rooms. No partially eaten food except drink mixes will be allowed to remain inside the housing areas.

23. No jewelry of any kind will be permitted.

24. No headbands or wraps around the hair will be worn outside the assigned housing area.

21

25. Do not sit on the backs of the furniture or tables.

26. Do not run inside the housing area. You will behave in an orderly fashion at all times when inside this facility.

27. No personal items such as cups, spoons, papers, etc. will be left outside the inmate assigned housing area, these items must be returned to your assigned housing area immediately when not in use.

28. Only three (5) books will be allowed in the housing area including the Bible.

29. No aerosol cans or cleaning supplies will be stored or used in housing areas without a Detention Officer present.

## Daily Procedure

1. At mealtime all inmates not on lockdown will stand by their assigned housing area fully dressed waiting on the Detention Officer to receive a tray. Each inmate is allowed one (1) tray per meal.

2. Medications will be dispensed by the Medial Staff. If there is a medical problem or emergency advise the Detention Officer immediately.

3. Inmates will stand by their assigned housing area fully dressed and wait for the Nurse to call their names to receive medication during Medical Call. The Detention Officer will ensure that medication is taken in the presence of the Nurse.

4. Inmates must have written permission from a Nurse to have medications in their assigned housing area. When medication is kept in the inmate's assigned housing area, the empty container is to be returned to the Nurse with the labels intact, once the medication is finished or is no longer needed

22

5. Inmates WILL NOT share or exchange cups, spoons, or towels.

6. Do not spit anywhere except the commode or your sink.

7. Inmates are not permitted to take anything with them when they are being taken out of the unit except Legal Papers necessary for court.

8. All Lights will come on at 05:30 a.m.

9. All lights out at 10:00 p.m.

## INMATE DISCIPLINARY RULES AND PROCEDURES

The Hinds County Detention Division Services Facilities disciplinary rules and procedures are as follows.

No disciplinary punishment which · result in solitary or disciplinary confinement, or in any other major adverse change in condition as set forth by the Warden/Facility Commander in the jail rules and regulations, shall be imposed except under the following due process requirements.

1. Inmates may not be punished except for conduct which violates an existing jail rule or regulation.
2. Any inmate considered a danger to himself/herself or others can be isolated by a Shift Supervisor or above in command until further evaluation.
3. The Shift Supervisor or Detention Officer should submit to the inmate a written notification of the major or minor rule infraction he is charged with along with a statement including fact, supporting the alleged violation.
4. ·All minor rule violations under Category III will be handled by the Detention Officer with the approval of Shift Supervisor. Any·grievance on the action should be handled by a Shift Supervisor or above.
5. All major rule violations under Category I & II will be handled by a disciplinary Detention officer who may offer a plea prior to a disciplinary hearing.

23

6. If a plea is accepted, the inmate will sign a plea agreement and sanctions begin.

7. However, if a plea is refused, a full disciplinary hearing will be held as soon as possible after the plea sheet is signed "denied."

8. All inmates will be allowed to attend their disciplinary hearing, unless prior behavior poses a threat to staff or facility security. In which case, a written statement from the inmate will suffice. A maximum of 3 witnesses will be allowed for the inmate's defense. However, any inmate or witness who is disrespectful, or unruly will be removed immediately.

9. You have the right to appeal to the Facility Commander within 5 calendar days after the Disciplinary Appeal Form from your Detention Officer.

## Disciplinary Infraction and Punishment

### CATEGORY 1 OFFENSE (MAJOR)

A. Assault or attempted assault (i.e., sexual, physical, etc.) on inmate or    staff (same or opposite sex)

B. Setting a fire

C. Possession/use of a weapon

D. Rioting or encouraging to riot the facility

E. Participating in any sexual behavior or activity with any person, male or female (including in writing letters to staff/nurse) etc....

F. Verbally threatening any person with death, violent injury or sexual assault

G. Murder

H. Fighting

I. Possession of Drug Paraphernalia, Illegal Drugs, or Prescriptions.

J. Stealing (Theft) (i.e., personal items, commissary, and facility equipment.)

K. Tampering with Security devices (i.e., control board, radio, fire sensors, etc.

L. Escape, Attempting or aiding in Escape (i.e., interfering with proper locking of housing area doors.)

M. Purposely causing toilets to malfunction

N. Possession of cell phone

24

**PUNISHMENT**
Lockdown up to 30 days, loss of up to 30 days visitation and loss of Commissary.

## CATEGORY II OFFENSE (MAJOR)

A. Bribery
B. Destruction of County Property (i.e.., clothing, equipment, toilets, sinks and etc...
C. Extortion or intimidation of fellow inmates
D. Possession of intoxicant, making intoxicants and being intoxicated
E. Being out of assigned housing area not fully clothed, (i.e., including cut off t-shirts jumpsuit around waist, etc.)
F. Answering to the name of another inmate
G. Being in an unauthorized area without official permission (i.e., being in another inmate's assigned housing area or crossing the yellow line in your assigned housing area)
H. Disorderly conduct
I. Refusing to obey/comply with direct verbal orders of any staff member
J. Indecent exposure
K. Sale/possession of contraband (i.e. cigarettes, tobacco, unauthorized facility property, etc.
L. Destruction of another person's property
M. Deliberate throwing of objects, food, or liquid
N. Smoking
O. Gambling, preparing, or conducting a gambling pool
P. Possessing a staff member's clothing or free world clothing
Q. Malingering or Feigning illness
R. Lying or providing false information to any staff member
S. Willfully using any equipment, machinery, or vehicle contrary to instructions
T. Tattooing or self-mutilation
U. Counterfeiting, forging, altering, or unauthorized reproduction of any article
V. Using abusive or obscene language
W. Hoarding medications
X. Interfering with Staff (i.e., failure to cooperate with shakedown, searches, counts, etc.)
Y. Violation of at least CATEGORY III offenses while on 8 hour lockdown
Z. Refusing a Urine Test or testing positive for drugs

25

## PUNISHMENT

Lockdown up to 15 days, loss of up to 15 days visitation and loss of commissary. If any inmate defaces or damages county property, he will be required to pay regardless of the amount.

## CATEGORY III OFFENSE (MINOR)

A. Exchanging, trading bartering, giving, receiving or other participation in the transfer of money, personal property or any other items of value from one inmate to another
B. Being loud, boisterous, disorderly to extent of disruption or profane language
C. Kicking or beating on door, windows, etc...
D. Unauthorized use of telephone privileges of violations of mail/visitation
E. Unauthorized contact with the public
F. Not wearing ID wristband
G. Improper use of tables and chairs
H. Having paper or pictures over windows, walls, vent, light, and writing on walls
I. Failure to maintain a neat and sanitary housing area
J. Failure to maintain hygiene standards/grooming
K. Talking through cell doors with inmates on lock down
L. Being out of assigned housing area without bed made
M. Addressing officers by anything other than their rank and last names
N. Hanging/Attempting to hang items from electrical devices, cell doors, etc.
O. Purposely wearing jumpsuits improperly
P. Refusing a urine test or testing positive for drugs
Q. Failure to comply with general housing rules
R. Failure to follow safety or sanitation regulations
S. SA-Suicide Attempt

26

### PUNISHMENT

Lockdown remainder of the shift, no telephones or recreation privileges.

If a crime is committed in the Hinds County Detention Division Services Facilities and criminal charges are filed on an inmate, he/she will be punished administratively.

A full disciplinary report will be written up on all offenses no matter how small or minor.

TO:         ALL INMATES OF THE HINDS COUNTY
            DETENTION DIVISION SERVICES  FACILITIES

FROM:    Jail Administrator

SUBJECT: Damaging County Property/Policy

---

While in the custody of the Hinds County Detention Division Services Facilities you are expected to properly maintain and keep the property of Hinds County.

Any inmate charged in-house for damaging any county property may be held financially responsible for the cost of replacement or the repair of the item.

If found guilty of the in-house charges, an inmate will be advised of the charges and the amount of the damages. The inmate's commissary purchases will be put on hold until charges and the damages have been cleared.

27