IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**AMARE JEROME LEWIS**                                                   **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:24-cv-00838-CWR-LGI**

**TYREE JONES**                                                       **DEFENDANT**

### DECLARATION OF MAJOR ANTHONY SIMON

I, Major Anthony Simon with the Hinds County Sheriff's Department, make the following declaration based on personal knowledge:

1. I currently serve as the Jail Administrator at Hinds County Detention Center ("HCDC").

2. Attached to this declaration is a true, correct, and comprehensive copy of the grievances inmate Plaintiff Amare Jerome Lewis has filed pursuant to HCDC's grievance program in years 2024 and 2025. These were produced to him by counsel at the October 15, 2025 omnibus hearing in the matter and are stamped JONES000395 through JONES000458. These records are kept in the ordinary course of HCDC's business.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. 28 U.S.C. § 1746.

October 28, 2025
Date

_____
Major Anthony Simon

1